Submitted on record and briefs May 7, affirmed June 13, 2001

RAYMOND E. MYRICK,
*Appellant,*

*v.*

Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

99-11-30923M; A109697

25 P3d 983

Bob Pangburn filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Davis v. Lampert*, 174 Or App 383, 25 P3d 408 (2001).